```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

              -against-

WENDYS CORPORATION; GREAT LAKES
RESTAURANT MANAGEMENT, LLC; and JULIE LOPEZ,

                Defendants.

1:19-cv-08157-MKV

ORDER EXTENDING
BRIEFING SCHEDULE

MARY KAY VYSKOCIL, United States District Judge:

        In an Order dated June 12, 2020, the Court set a briefing schedule for Defendants' Motion to Dismiss, with the Motion due on or before June 27, 2020, the Opposition due on or before August 11, 2020, and the Reply due on or before August 26, 2020 [ECF No. 21].  Defendants timely filed their Motion on June 26, 2020 [ECF No. 22].  On August 27, 2020, having received no Opposition from the *pro se* Plaintiff, the Court issued an Order extending the deadline for the Opposition to October 5, 2020, and the Reply to October 19, 2020 [ECF No. 23].  To date, Plaintiff has not filed an Opposition or otherwise responded to Defendants' Motion.

        IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendants' Motion on or before **November 18, 2020**.  Any Reply shall be filed on or before December 2, 2020.  If Plaintiff does not file a response on or before November 18, 2020, the Court will deem the Motion fully briefed.  No further extensions will be granted absent good cause.

        The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: November 4, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**