**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT W. JOHNSON,

                     Plaintiff,                  19 **CIVIL** 8157 (MKV)

        -against-                     **JUDGMENT**

WENDY'S CORPORATION, GREAT LAKES
MANAGEMENT LLC, and JULIE LOPEZ,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 25, 2021, Defendants'

motion to dismiss is converted into a motion for summary judgment and is GRANTED. The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in

good faith and, therefore, DENIES *in forma pauperis* status for the purpose of an appeal;

accordingly, the case is closed.

**Dated:**  New York, New York
          January 25, 2021

                               **RUBY J. KRAJICK**
                            _____
                                **Clerk of Court**
               **BY:**
                                **Deputy Clerk**